TRUSTEES OF DURYEA PRESBYTERIAN CHURCH, a Religious Corporation, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

SALIG A. WALDMAN, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

JULIUS APPEL, by His Guardian ad Litem, BENJAMIN APPEL, and BENJAMIN APPEL, Appellants, v. BEN ELUKIN, Doing Business under the Firm and Style Name of QUEENS LIBERTY HAND LAUNDRY, Respondent.— In an action to recover for personal injuries the infant plaintiff was awarded $400, and the father $100, on a trial before the court without a jury. The basis of the appeal of the plaintiffs is that the damages are inadequate. There is no dispute that the infant plaintiff suffered a partial fracture of the seventh cervical vertebra, a fracture of the clavicle and of the scapula, with separation of the joints; and that he was absent from school for some time and was unable to participate in school activities, particularly in athletics, for a considerable period; and that there are some results of the injury that seem to be permanent. We deem the award for damages to the infant plaintiff inadequate. Judgment reversed on the facts as against the weight of evidence on the question of damages, and a new trial granted, with costs to abide the event. Appeal from order denying motion to set aside verdicts dismissed. Davis, Johnston and Close, JJ., concur; Hagarty and Adel, JJ., dissent and vote to affirm.

SAMUEL BEERS and DOROTHY BEERS, Respondents, v. HARRISON M. SULLIVAN, Appellant.— Action to recover damages for personal injuries sustained by a husband and his wife, and by the husband because of loss of his wife's services, through the alleged negligence of the defendant in the operation of a motor vehicle. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

BJARNE BENSEN, Respondent, v. FREDERICK W. KRISTELLER and ORA KRISTELLER, Appellants.— Judgment, in an action to recover damages for personal injuries sustained by plaintiff in striking his head against a rock while diving into the water at a beach maintained by the defendants for landing boats and where bathing by their guests was permitted, unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

MILTON BLOOM, Appellant, v. A. R. NELSON COMPANY, INC., Respondent.— Order granting defendant's motion in a negligence action for a separate trial of the issue of release which is raised by affirmative defense affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.